## Diehl *v.* General Baking Company et al., Appellants.

Argued April 11, 1944. Before MAXEY, C . J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*J. Paul Erwin,* for appellants.

*Glenn A. Troutman,* for appellee.

PER CURIAM, April 13, 1944:

The judgment of the Superior Court is affirmed on the opinion of Judge KENWORTHEY.